IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SURESH NARRA, individually, and ANURADHA NARRA, individually, | ) ) ) ) | 4:06CV3289 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiffs' unopposed motion for an extension of time in which to file a response to the pending motion to dismiss. The motion for extension recites that the parties have agreed to allow Plaintiffs to have until April 25, 2007 to respond. I will grant the motion.

IT IS ORDERED that the motion in filing 15 is granted and Plaintiffs shall have until April 25, 2007 to respond to the pending motion to dismiss.

March 20, 2007                             BY THE COURT:

                                           *s/Richard G. Kopf*
                                           United States District Judge